# United States Court of Appeals
## For the First Circuit

No. 11-1160

RUBEN CUEVAS,

Petitioner, Appellant,

v.

JEFFREY GRONDOLSKY, Warden of FMC Devens,

Respondent, Appellee.

ERRATA

The opinion of this Court, issued on January 31, 2012, should be amended as follows.

On page 2, line 1, replace "Columbia" with "Colombia".